VINCENT D. HOWARD, State Bar No. 232478
vhoward@howardnassiri.com
DAMIAN J. NASSIRI, State Bar No. 231667
dnassiri@howardnassiri.com
NAVEEN MADALA, State Bar No. 219817
naveen.madala@howardnassiri.com
**HOWARD | NASSIRI, PC**
1600 South Douglass Road, First Floor
Anaheim, CA 92806
(800) 872-5925 Telephone
(888) 533-7310 Facsimile
www.HOWARDNASSIRI.com

JS-6

Attorneys for Plaintiffs, LAWRENCE S. GRIFFITHS and CONSTANCE L. GRIFFITHS

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAWRENCE S. GRIFFITHS and CONSTANCE L. GRIFFITHS,**<br><br>      Plaintiffs,<br><br>  v.<br><br>**J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC.; CALIFORNIA RECONVEYANCE COMPANY; AND DOES 1-10,**<br><br>      Defendants. | CASE NO.  SACV09-1051 JVS (RNBx)<br><br>**ORDER GRANTING REMAND**<br><br>**[28 U.S.C.S. §1447(c)]** |

The motion of plaintiffs LAWRENCE S. GRIFFITHS and CONSTANCE L. GRIFFITHS for an order to remand the above-entitled action to the Orange County Superior Court, Central Justice Center, was granted by the court on November 24,

2009 as the court found the FAC presents no federal causes of action and the parties are not diverse. (See Docket No. 8.) Accordingly, this Court lacks subject matter jurisdiction. See 28 U.S.C. §§ 1331, 1332. Plaintiff's motion to remand is granted and Defendant's motion to dismiss is denied for lack of jurisdiction. The Court finds that oral argument would not be helpful on this matter and vacates the December 7, 2009 hearing. Fed. R. Civ. P. 78; Local Rule 7-15.

    IT IS ORDERED that the motion be, and it hereby is, granted and that this case be remanded to the Orange County Superior Court, Central Justice Center; and that a certified copy of this order be mailed by the clerk of this court to the clerk of the Orange County Superior Court, Central Justice Center.

Dated: December 17, 2009

_____
United States District Judge